UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



2009 APR 27  A 10: 09

KARSTON KEELEN (#125690)

VERSUS

PRESIDENT BUSH, ET AL

CIVIL ACTION

NO. 08-488-C

**RULING**

The court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 24, 2009, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint will be dismissed, without prejudice, for failure to pay the court's filing fee.

Baton Rouge, Louisiana, April 24, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA